UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT SCHUTZA,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>THE CONTAINER STORE, INC.,<br><br>　　　　　　　　　　Defendant. | Case No.: 21-cv-01831-JLS-KSC<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME**<br><br>**[ECF No. 4]** |

　　　Presently before the Court is a Joint Motion for Extension of Time wherein the parties request that the Court grant Defendant a one-month extension of the November 23, 2021 responsive pleading deadline. (ECF No. 4.) In their joint motion, the parties represent that they "are currently engaged in settlement negotiations and believe that extending the date for Defendant to respond to the Complaint will aid in those efforts." (*Id.* at 2.) For good cause shown, the Court hereby **GRANTS** the parties' joint motion. Accordingly, Defendant shall have until **December 23, 2021**, to answer or otherwise respond to the Complaint.

　　　**IT IS SO ORDERED.**

Dated: November 22, 2021

　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　United States District Judge