UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT SCHUTZA,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>THE CONTAINER STORE, INC.,<br><br>　　　　　　　　　Defendant. | Case No.: 21-cv-01831-JLS-KSC<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME**<br><br>**[ECF No. 6]** |

 Presently before the Court is a Joint Motion for Extension of Time wherein the Parties request that the Court extend the deadline for Defendant to respond to the Complaint to January 7, 2022. (ECF No. 6.) This is the Parties' second request for an extension of the response deadline (ECF No. 4), and the Court previously granted Defendant a one-month extension of the deadline, from November 23, 2021, to December 23, 2021 (ECF No. 5). However, in their joint motion, the Parties again represent that they "are currently engaged in settlement negotiations and believe that extending the date for Defendant to respond to the Complaint will aid in those efforts." (ECF No. 6 at 2.)

///

///

///

///

For good cause shown, the Court hereby **GRANTS** the Parties' joint motion (ECF No. 6). Accordingly, Defendant shall have until **January 7, 2022**, to answer or otherwise respond to the Complaint.

**IT IS SO ORDERED.**

Dated: December 21, 2021

Hon. Janis L. Sammartino
United States District Judge